Name: Dawn Wentworth

Address: PO Box 495 Oceanside, CA 92068

Telephone Phone: (760) 521-0144

Email: dwentworth911@gmail.com

**FILED**

Nov 12 2021

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY    s/ JenniferS    **DEPUTY**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Dawn Wentworth
Yaw Appiah-Wentworth Plaintiff(s),

v.

Conley Jennifer Defendant(s).

Case No.: **'21CV1928 JLS  JLB**

(assigned at time of filing)

**COMPLAINT**

**I.    RELATED CASES**

a.    Do you have other Civil Case(s) in this or any other federal court?

☒Yes    ☐No

b.    If yes, please list the case numbers here:

21-CV-757

**II.    STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

During online Gym class a student was allowed to enter and sing The word "NIGGER" on two separate occassions during The weeks of 9/13/21 thru 9/24/21. I notified staff members: Heather Tomayo, Jennifer Conley, Dr. Richard Savage, The School Board: Elaine Pavlich, Diana Rivas, Adam Pulsipher, Tammy Nettles

I was advised by Tamayo that The staff was not properly trained on The zoom app. I was advised that This incident could occur anytime in anyclass and There is nothing The school staff could do to prevent it as any student could log on any classroom as they pleased and scream or sing "NIGGER" I was advised by Tomayo and Savage That The child could not and would not be identified nor disciplined and They would do nothing.

Tammy Nettles explained away The actions of The classroom Teacher and offered no assistance guidance or counseling of any kind just justification of The classroom Teachers actions.

Jennifer Conley assisted in The actions of The child on both occossions by ignoring and permitting admittance to The classroom and "chuckled" meaning laughing during The second incident

The School Board: Elaine Pavlich, Diana Rivas Adam Pulsipher all have ignored my communication via email and I have necieved no assistance nor response from either.

Savage additionally has not allowed nor do I believe communicated my request to speak with The Board regarding The behavior of all staff involved.

These actions are a clear violation of Title VI Civil Rights Act 1964 and the Unruh Civil Rights Act.

Denial Interference with constitutional Right to necieve a fair "high quality" education.

2

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

1,000,000 for each plaintiff listed

Suspension of all Federal as well as State Funds

Suspension of all school credentialing allowing operation

Termination of staff

3

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes        ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Nov 12, 2021
Date

Signature

Dawn Wentworth
Printed Name

4