# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WENTWORTH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA CONNECTIONS ACADEMY,<br><br>　　　　　　　Defendant.<br><br>AND CONSOLIDATED CASES | Case Nos. 21-cv-01926-BAS-AGS<br>　　　　　　21-cv-01927-BAS-AGS<br>　　　　　　21-cv-01928-BAS-AGS<br>　　　　　　21-cv-01929-BAS-AGS<br>　　　　　　21-cv-01930-BAS-AGS<br>　　　　　　21-cv-01931-BAS-AGS<br>　　　　　　21-cv-01932-BAS-AGS<br><br>**ORDER ENTERING JUDGMENT AND CLOSING CASE** |

　　　The Court consolidated these matters and dismissed them without prejudice. (ECF Nos. 5, 9.)  Instead of filing an amended complaint, Plaintiff Dawn Wentworth appealed. (ECF No. 10.)  On February 16, 2023, the Ninth Circuit dismissed Ms. Wentworth's appeal as frivolous. (ECF No. 17.)  Accordingly, given this Court's instruction in its dismissal order (ECF No. 9), the Clerk of Court is now directed to: (1) enter a judgment in the lead action dismissing all these consolidated cases without prejudice, and (2) close this lead case.

　　　**IT IS SO ORDERED.**

**DATED: March 3, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge